In the Matter of the Application of J. L. Starr Hunt for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Rich and Miller, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1906.

James M. Hamilton v. Frank V. Flectenstein and Others.— Motion for reargument granted.

John Peter Schraenkler, Respondent, v. National Car Wheel Company, Appellant.— Motion to dismiss appeal denied, without costs.

Cora Stryker Connor, Respondent, v. Burt Harry, Appellant.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Charlotte Pamelia Spicer, Respondent, v. Louie E. Ackerson, Appellant.— Judgment affirmed, with costs. All concurred, except Spring J., who dissented.

Mary E. Hackett, Respondent, v. George H. View and Frederick A. Emerick, Appellants.— Judgment and order denying motion for new trial reversed and new trial ordered, with costs to the appellant to abide event. Order permitting service of amended reply affirmed. Held, that there was no sufficient evidence of mutual mistake. (See opinion of Nash, J., on former appeal, 109 App. Div. 351.) Also, that there was no sufficient evidence of waiver or abandonment. All concurred.

Mary A. Slade, Appellant, v. Robert A. Van Allan, Respondent.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Eliza Mowson, Appellant, v. Isaac N. Salyerds and The Wheatland Power Company, Respondents.— Judgment affirmed, with costs. All concurred.

George H. Morse, Respondent, v. John P. Hier, Appellant.— Judgment and order affirmed, with costs. All concurred.

Julius S. Grantier, Respondent, v. Harlon J. Howard, Appellant.— Order reversed and petition dismissed, with costs.. Held, that plaintiff's remedy is not by summary proceedings. All concurred.

The People of the State of New York, Respondent, v. Charles B. Bowen, Appellant.— Judgment and order affirmed, with costs. All concurred.

Byron Edward Cornwall, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order reversed and motion granted, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof and correct the judgment accordingly, in which event the order is affirmed, without costs of this appeal to either party. All concurred.

William Kirby, an Infant, by Anna Kirby, His Guardian ad Litem, Plaintiff, v. The Lockport Paper Company, Defendant.— Plaintiff's exceptions sustained and motion for new trial granted, with costs to the plaintiff to abide the event. Held, that the question as to whether, under the Labor Law,† the shafting should have been guarded was a question of fact for the jury, and not one of fact for the court. All concurred, except McLennan, P. J., not sitting.

George W. Jarvis, Appellant, v. Philip Kron, as Treasurer of Gerard Commandery, No. 254, of the Ancient and Illustrious Order, Knights of Malta, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Robert A. Pelin, as Administrator, etc., of Ernest D. Pelin, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs, on authority of decision in same case on former appeal (102 App. Div. 71). All concurred, except McLennan, P. J., who dissented for reasons stated in dissenting opinion on former appeal (102 App. Div. 75).

* See Rules for the Admission of Attorneys and Counselors at Law, Rule 2.— [REP.

† See Laws of 1897, chap. 415, § 81, as amd. by Laws of 1904, chap. 291.— [REP.